384 A.2d 1003

Tackett v. Tackett, Appellant.

 Argued
November 23, 1977. Anthony A. Seethaler, Jr., with him
Brennan, Robins & Daley, for appellant; Alan Berman, for
appellee.

Order affirmed.